IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION
CASE NO.: 5:17-CV-578-D

N.V., a minor, and Jennine Vlasaty and )
Derek Vlasaty, individually and on behalf of )
N.V., )
)
)
)
PLAINTIFFS, )
)
v. )                                      **ORDER**
)
WAKE COUNTY PUBLIC SCHOOL )
SYSTEM BOARD OF EDUCATION, et )
al., )
)
)
)
DEFENDANTS. )

THIS CAUSE coming before the Court upon the parties' Joint Motion to Stay Discovery, pursuant to Local Civil Rules 7.1(c) and 26.1(d), and it appearing that good cause exists to grant the parties' Joint Motion:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties' Motion is GRANTED. Accordingly, (1) discovery in this matter is STAYED pending the Court's rulings on the Defendants' Motions to Dismiss; and (2) within 21 days following the Court's ruling on the motions, the parties shall file, either jointly or separately, a proposed discovery plan.

SO ORDERED. This _27_ day of March 2018.

JAMES C. DEVER III
Chief United States District Judge